**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                                                       Case No. 13-CV-1459

**APPROXIMATELY $8,000.00 IN**
**UNITED STATES CURRENCY,**

      **Defendant.**

**JUDGMENT OF FORFEITURE**

THIS CAUSE having come before the Court upon plaintiff's Motion for Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. The United States shall release to the claimant, Terry Cunningham, by and through his attorney, Joshua D. Uller, the sum of $1,500 of the defendant property, less any delinquent debt that the United States Treasury is required to collect through the Treasury Offset Program;

2. All rights, title, and interest in the remaining defendant property, approximately $6,500 in United States currency, are forfeited to the United States of America.

3. The United States Marshal shall deposit the approximately $6,500 in United States currency into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

4. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated at Milwaukee, Wisconsin, this 9th day of October, 2014.

APPROVED:

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge

Judgment entered this __9th__ day of __October__, 2014.

JON W. SANFILIPPO
Clerk of Court

By:
*S/ Diane DiMiceli*
Deputy Clerk